# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1363**  **September Term, 2015**

EPA-80FR64662

Filed On: November 20, 2015 [1584721]

State of West Virginia, et al.,

    Petitioners

    v.

Environmental Protection Agency and
Regina A. McCarthy, Administrator, United
States Environmental Protection Agency,

    Respondents

------------------------------
Consolidated with 15-1364, 15-1365,
15-1366, 15-1367, 15-1368, 15-1370,
15-1371, 15-1372, 15-1373, 15-1374,
15-1375, 15-1376, 15-1377, 15-1378,
15-1379, 15-1380, 15-1382, 15-1383,
15-1386, 15-1393, 15-1398, 15-1409,
15-1410, 15-1413, 15-1418, 15-1422

**O R D E R**

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 15-1422 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | December 21, 2015 |
| Statement of Issues to be Raised | December 21, 2015 |

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
             Laura M. Chipley
             Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form